UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re AIR CRASH DISASTER NEAR PALEMBANG, INDONESIA ON DECEMBER 19, 1997 | MDL Docket No. 1276 |
| | Master File No. C99-0589C |
| | ORDER APPROVING JOINT MOTION TO APPROVE SETTLEMENT |
| | Hearing Date: Sept. 13, 2005 |
| | This Document Relates to: ALL CASES |

Upon review of the Joint Motion to Approve Settlement (Dkt. No. 570), and the supporting documents which were filed under seal, which were submitted in relation to the settlement of the actions arising out of the December 19, 1997, crash of Silk Air MI 185, and after conducting a hearing on the matter, for good cause shown, the motion is hereby GRANTED, and the settlements in *Dreesbach v. The Boeing Company, et al.*, case number C00-2130C, *Brouwers et al. v. The Boeing Company, et al.*, case number C00-21110L, and *Dalrymple et al. v. The Boeing Company, et al.*, case number 99-CV-00252 are hereby APPROVED.

After a thorough independent review of the alleged damages, claims and defenses and all of the documents submitted in support of the Joint Motion and in reliance upon the considerable amount of

ORDER – 1

investigation and review performed by the Honorable Dickran Tevrizian, including the findings contained in the Report and Recommendation of the Court-Appointed Mediator Re: Approval of Settlement, attached hereto, the Court finds that the settlements, allocations, fees, costs and expenses are fair, just and reasonable.  The Court finds that Parker Hannifin has paid and the Federal plaintiffs have received adequate consideration for the release of all claims in the Federal Cases and that the settlement is final and binding on all parties.  The Court also hereby approves the Qualified Settlement Fund described in Section V, Paragraph J of the Parker Hannifin Confidential Settlement Agreement and established and operated pursuant to the Depository Trust Agreement, dated as of June 27, 2005.

     IT IS FURTHER ORDERED, based upon agreement of the parties, that the Honorable Dickran Tevrizian, United States District Court Judge for the Central District of California, or such other Judge in the Central District who is appointed by the Presiding Judge of the Central District, in the event that Judge Tevrizian no longer is on the bench, shall have continuing jurisdiction over any dispute, controversy or cause of action arising out of the settlement, including the terms of the settlement agreement and releases and the allocation or distribution of the settlement funds among the plaintiffs and claimants, except as it may relate to this Court's review and order approving the settlement

     SO ORDERED this 13th day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE

ORDER – 2